Glenn Allen ADAIR, doing business as Super D # 229; John Anderson; Jim Bain; Jim Bain's Pharmacy Inc.; Ed. L. Baker; et al. Plaintiffs–Appellees,

and

Stephen R. Green, doing business as Central Mississippi Animal Clinic; Don Waldron, Plaintiffs–Counter Defendants, Appellees.

v.

AMERUS LEASING, INC.; et al., Defendants,

Amerus Leasing Inc.; Republic Leasing Company, Inc., Defendants–Appellants,

and

Colonial Pacific Leasing Corp.; Dana Commercial Credit Corp., doing business as Dana Commercial Credit, Defendants–Counter Claimants–Appellants.

No. 03–60304.

United States Court of Appeals,
Fifth Circuit.

Feb. 9, 2004.

Paul N. Davis, Butler, Snow, O'Mara, Stevens & Cannada, Jackson, MS, for Plaintiffs–Appellees.

Ross E. Henley, Henley, Lotterhos & Henley, Jackson, MS, for Defendant–Appellant.

Before DAVIS, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM.*

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We read the district court's Memorandum Opinion and Order of February 24, 2003 as remanding this case under § 1367. We therefore have jurisdiction to review the court's order. After reviewing the record and considering the briefs and argument of the parties, we are persuaded that the district court considered the appropriate factors for remand under § 1367 and did not abuse its discretion in remanding this case to state court.

AFFIRMED.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.